UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/09
```

RONNIE COLE,

               Plaintiff,

     -v-

GLENN GOORD et al.,

               Defendants.

-----------------------------------------------------------------x

04 Civ. 8906 (GEL) (HBP)

**ORDER**

GERARD E. LYNCH, District Judge:

       The pro se plaintiff in the above-captioned matter has moved for a preliminary injunction enjoining doctors at the Mohawk Correctional Facility to perform the reconstructive urethral surgery he believes he needs. The claims made by plaintiff in the above-captioned complaint stem from his dissatisfaction with particular medical treatment that he received or believed that he should have received from medical staff at the Sing Sing Correctional Facility during the period from January through November 2004. Plaintiff's claim that he is being denied surgery at his current facility, Mohawk, is unrelated to any medical decisions made by physicians at Sing Sing during 2004. If the plaintiff wants to question his current medical care at the Mohawk facility, he must file a new action. Accordingly, plaintiff's motion for a preliminary injunction is denied.

SO ORDERED:

Dated: New York, New York
      April 6, 2009

                               GERARD E. LYNCH
                         United States District Judge

Copy to:
Ronnie Cole
91A9212
Mohawk Correctional Facility
6100 School Road
Rome, NY 13442